PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIEN TRUONG NGUYEN,<br><br>Debtor.<br><br>ALLY BANK,<br><br>Garnishee. | Case No. 2:24MC00272-KJM-AC<br><br>**STIPULATION FOR FINAL ORDER OF GARNISHMENT; [~~PROPOSED~~] ORDER**<br><br>Criminal Case No. 2:07CR00164-MCE |

The United States of America ("United States") and debtor Tien Truong Nguyen ("Debtor") hereby request that the Court enter this Stipulated Final Order of Garnishment based on the following:

**RECITALS**

1. On or about July 28, 2011, the Court sentenced Debtor in criminal case number 2:07CR00164-MCE and ordered him to pay a $500.00 statutory assessment and $411,053.00 of restitution. As of October 23, 2024, Debtor still owes restitution of $387,351.65.

2. On July 5, 2024, the United States filed an Application for Writ of Garnishment against Debtor's interest in property held by Ally Bank ("Garnishee"). ECF 1.

///

3. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 3 and 4. The United States served the Writ and related documents on Garnishee and Debtor. ECF 6 and 7.

4. On July 12, 2024, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). ECF 8. In its Answer, Garnishee stated that on July 12, 2024, it had possession of accounts ending in 8620, 8635, 2875 and High Yield CD accounts 2858 and 2866 with an approximate total value of $69,188.75, which is subject to market fluctuations and deposits.

5. Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States garnishment action.

## **STIPULATION**

The United States and Debtor hereby stipulate and agree as follows:

A. The United States and Debtor consent to entry of an order approving this Stipulation by a magistrate judge.

B. Debtor acknowledges and understands that the Federal Debt Collection Procedures Act ("FDCPA") affords him certain rights in a garnishment action. He waives these rights, including service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3); notice of and the right to claim exemptions and request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5); and to any other process to which he may be entitled under the FDCPA.

[TEXT AND SIGNATURES CONTINUE ON NEXT PAGE]

STIPULATION FOR FINAL ORDER OF
GARNISHMENT; [PROPOSED] ORDER

2

C. The Court should grant the Writ of Garnishment against Ally Bank accounts ending in ending in 8620, 8635, 2875 and High Yield CD accounts 2858 and 2866. It is expressly agreed and stipulated by the parties that Ally Bank shall liquidate and pay, to the Clerk of the Court for the Eastern District of California, all funds from accounts ending in 8620, 8635, 2875 and High Yield CD accounts 2858 and 2866.

Respectfully submitted,

Dated: _____

PHILLIP A. TALBERT
United States Attorney

By: _____
ROBIN TUBESING
Assistant United States Attorney

Dated: _____   By: _____
TIEN TRUONG NGUYEN

\*\*\*

## [~~PROPOSED~~] FINAL ORDER OF GARNISHMENT

Based on the foregoing stipulation between the United States of America and Tien Truong Nguyen, and good cause appearing therefore,

IT IS HEREBY ORDERED that,

1. The foregoing Stipulation is APPROVED in its entirety, and the parties' request for a final order of garnishment IS GRANTED;

2. Ally Bank, is directed to pay the Clerk of the United States District Court all funds held by Garnishee within fifteen (15) days of the filing of this Final Order of Garnishment. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

United States District Court
Clerk of the Court
501 I Street, Room 4-200
Sacramento, CA  95814

The criminal docket number (2:07CR00164-MCE) shall be stated on the payment instrument;

    3.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

    4.    The garnishment shall terminate, and the Clerk of Court is directed to close this case when the payment is deposited with the Clerk.

**IT IS SO ORDERED.**

Dated: November 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR FINAL ORDER OF GARNISHMENT; [PROPOSED] ORDER

4